Katie Hart, an Infant, by Mary Wolf, Her Guardian ad Litem, Respondent, v. James Hervey Hart, Appellant.— Order affirmed, with ten dollars costs and disbursements. The power to refer such incidental questions

---

* Amd. by Laws of 1917, chap. 666.— [Rep.

so as to inform the conscience of the court in adjusting the conditions and amount of alimony, is clearly given by sections 1015 and 827 of the Code of Civil Procedure. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.